# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No.  8:04-cr-330-T-30TGW**

**SAMEEH HAMMOUDEH**

_____

## ORDER

A CJA voucher has been submitted for payment with respect to fees and costs incurred in the prosecution of this case.  This matter is being referred to Magistrate Judge Thomas G. Wilson for the purpose of conducting a hearing and issuing a Report and Recommendation concerning the reasonableness of the amount requested.

**DONE** and **ORDERED** in Tampa, Florida on September 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Thomas Wilson
Counsel/Parties of Record
Joan Calcutt, CJRA Clerk, Orlando

F:\Docs\2004\04-cr-330.cja Order.frm