**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                            Case No:  8:04-CR-330-T-30TGW

SAMEEH HAMMOUDEH,

    Defendant(s).
_____/

**O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas Wilson (Dkt. #148). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1)	The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)	The CJA voucher submitted by Attorney Daniel Hernandez for legal work performed in this case is APPROVED for the full amount of $30,582.59.

**DONE** and **ORDERED** in Tampa, Florida on November 28, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Joan Calcutt, CJA Clerk, Orlando

F:\Docs\2004\04-cr-330.adopt 148.wpd