# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.  8:04-cr-330-T-30TGW

SAMEEH TAHA HAMMOUDEH

_____

# ORDER

This cause came on to be heard pursuant to the Defendant's Amended Motion for Clarification of Order of Removal and the Court, having heard the arguments of counsel, makes the following clarifications of its previous Order.

1.     The Defendant Sameeh Hammoudeh entered a negotiated plea in this case along with his co-defendant wife, Nadia Hammoudeh, who had a nearly identical agreement. This Court, as a part of that plea agreement and disposition, entered the Order of Removal that is referred to in the Defendant's Motion without making any provisions concerning whether the Defendant would be detained or released pending deportation.

2.     The co-defendant wife, Nadia Hammoudeh, was allowed to remain free after an Application for a Stay of her deportation.  The government explained at the hearing that application was the difference in treatment by the Department of Homeland Security allowing her to be free pending deportation while the Defendant Sameeh Hammoudeh has been held in custody pending his deportation.

3.     There was nothing contemplated in this Court's previous Order that required the Defendant Sameeh Hammoudeh to be incarcerated pending his deportation.  In fact this Court does not at this time have any problem with allowing Defendant Sameeh Hammoudeh

to be free on his own recognizance pending his deportation.  Of course, this opinion is subject to change if the Government shows sufficient reason.

4.      This Court does not believe that it has jurisdiction in this criminal case to order the Department of Homeland Security to either detain or release the Defendant Sameeh Hammoudeh.  He is presently being detained in separate proceedings pursuant to 8 U.S.C. §1231.

WHEREFORE, it is hereby ORDERED AND ADJUDGED that:

1.      Defendant's Amended Motion for Clarification of Order of Removal (Dkt. #159) is GRANTED.

2.      Defendant's original Motion for Clarification of Order of Removal (Dkt. #150) is found to be MOOT.

3.      This Court's previous Order shall be clarified to reflect that this Court did not direct that the Defendant Sameeh Hammoudeh be detained pending his deportation.

**DONE** and **ORDERED** in Tampa, Florida on February 23, 2006.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


<u>Copies furnished to:</u>
Counsel/Parties of Record
United States Marshal
United States Probation Office

F:\Docs\2004\04-cr-330.clarification.frm